STANLEY S. GROGGINS, Appellant, *v.* DAILY MIRROR, INC., Respondent.

(Submitted May 24, 1935; decided June 11, 1935.)

*Stanley S. Groggins,* in person, for appellant.
*Edward A. Robertson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.